**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SHANNON ROTH,

    Plaintiff,

v.                                        Case No. 15-11972

MATTHEW VIVIANO, Hazel Park Police Officer

    Defendant.
                                         /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment and Dismissing Without Prejudice State Law Claims" dated May 23, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Matthew Viviano and against Plaintiff Shannon Roth.  Dated at Detroit, Michigan, this 23rd day of March 2016.

                                                  S/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  May 23, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 23, 2016, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522